THOMAS J. SYTA (CA Bar No. 116286)
E-mail: tsyta@ftc.gov
MICHAEL D. BERGMAN (*pro hac vice* pending)
E-mail: mbergman@ftc.gov
FEDERAL TRADE COMMISSION
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA  90024
Telephone: (310) 824-4324
Facsimile: (310) 824-4380

*Attorneys for Petitioner the Federal Trade Commission*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>      Petitioner,<br><br>            v.<br><br>**IT MEDIA, INC.**<br>      Respondent. | Case No.  2:16-CV-09483-CAS(MRWx)<br><br>[PROPOSED]<br>**ORDER TO SHOW CAUSE** |

   Petitioner, the Federal Trade Commission (Commission), having filed a Petition to Enforce Civil Investigative Demand against Respondent IT Media, Inc., the Court having considered the Petition and documents filed in support thereof, and good cause having been shown, the Court being fully advised of this matter, and there being no just cause for delay;

   IT IS HEREBY ORDERED that on February 6, 2017, at 10:00 a.m.  The Respondent shall appear before the Honorable Christina A. Snyder, United States

District Judge, in Courtroom 8D, on the 8th Floor, located at 350 West First Street, Los Angeles, California 90012, to show cause if there be any, why an Order Compelling Compliance with Civil Investigative Demand should not be granted in accordance with the Petition filed by the Commission.

    IT IS FURTHER ORDERED that Respondent be served with a copy of this Order on or before January 18, 2017.

    IT IS FURTHER ORDERED that Respondent file and serve any papers in opposition to the Commission's Petition on or before January 25, 2017, and that the Commission file and serve any reply papers on or before February 1, 2017.

Dated: January 10, 2017

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE